# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF R.O. AND E.J.

NO.  2023 CW 1255

**JANUARY 18, 2024**

---

In Re:   C. B.[1], applying for supervisory writs, City Court of Bogalusa, Ward Four, Parish of Washington, No. J-2022-164.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT   DISMISSED.**   This   writ   application   is   dismissed pursuant  to  relator's  correspondence  advising  that  this  writ application is now moot.

                              **JMG**
                              **WRC**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT



_____
     DEPUTY CLERK OF COURT
          FOR THE COURT

---

[1] Initials  are  used  pursuant  to  Rule  5-2  of  the  Uniform  Rules  of  Louisiana Courts of Appeal.